San Francisco, CA 94104
Tel.  (415) 421-7980
Fax   (415) 421-7021
E-Mail: alandressler@aol.com

Attorney for Defendant Michelle McPherson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHELLE MCPHERSON<br><br>          Defendant. | No. CR 15-00280-MMC<br><br>[~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE DATE AND AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT |

   GOOD CAUSE APPEARING, and pursuant to the stipulation of the government and defendant Michelle McPherson, IT IS HEREBY ORDERED that the status conference currently scheduled for November 18, 2015 is vacated.

   IT IS FURTHER ORDERED that a new status conference date is set for December 2, 2015 at 2:15 p.m.

   IT IS FURTHER ORDERED that the time from the date of this Order through December 2, ~~November 18,~~ 2015 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for adequate preparation of counsel and continuity of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendants in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny defense counsel the ///

///

///

///

Stipulation and Order
CR 15-00280-MMC

1  reasonable time necessary for effective preparation and continuity of counsel, taking into account
2  due diligence.
3
4  **IT IS SO ORDERED.**
5
6  Dated: November  16  , 2015
7                                                    HONORABLE MAXINE M. CHESNEY
                                                     UNITED STATES DISTRICT JUDGE
8

Stipulation and Order
CR 15-00280-MMC